UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

FILED
2013 AUG 20 AM 10: 06
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | |
|---|---|
| ANTHONY M. LANZETTA | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) CIVIL ACTION NO. 2:13-cv-276-FtM-29DNf |
| MONICA M. WOODMANSEE,<br>C.F.C.A., and KIM JONES,<br>C.F.C.A., Chief Deputy Tax<br>Collector | )<br>)<br>)<br>) |
| Defendants | )<br>)<br>) |

Plaintiff Motion to strike Defense motion to Dismiss

Plaintiff moves to strike Defense Motion to Dismiss, and states the following to support:

1. Defendants have produced No Affirmative Defense To demand forfeiture of Personal Documents to scan and compile useless information for an unknown information bank for any agency of government to have at their finger tips, none of it pertinent to ones ability to operate a motor vehicle. (See Exhibit A)

2. Contrary to Defense, the Fourth amendment hasn't been suspended, it's merely been covered by Red Tape and Bureaucracy. Article 5 action has deleted it.

"The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statue, to be valid, must be in agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This is succinctly stated as follows: The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted." "Since an unconstitutional law is void, the general principals

1

follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it.... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it." Sixteenth American Jurisprudence, Second Edition, Section 177.

"All laws which are repugnant to the Constitution, are null and void." Chief Justice Marshall, Marbury v. Madison, 5, U.S. (Cranch) 137, 174,176

"Where the meaning of the constitution is clear and unambiguous, there can be no resort to construction to attribute to the founders a purpose of intent not manifest in its letter." Norris v. Baltimore, 172, Md. 667; 192 A 531.0.

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v. Arizona, 384 U.S. 436, 491.

"If the legislature clearly misinterprets a constitutional provision, the frequent repetition of the wrong will not create a right." Amos v. Mosley, 74 Fla. 555; 77 So. 619.

"It is the peculiar value of a written constitution that it places in unchanging form limitations upon the legislation and thus gives a permanence and stability to popular government which otherwise would be lacking." Muller v. Oregon, 208 U.S. 412.

"The courts cannot rightly prefer, of the possible meanings of the words of the constitution, that which will defeat rather than effectuate the constitutional purpose." United States v. Classic, 313 U.S. 299.

"The constitution is an instrument from the people and a construction thereof should effectuate their purpose from the words employed in the document; and the courts may not color it by the addition of words or the in-grafting of their views as to how it should be written." Ervin v. Collins, Fla. 85 S. 852; 59 ALR 706.

"The basic purpose of a written constitution has a twofold aspect, first the securing to the people of certain unchangeable rights and remedies, and second, the curtailment of unrestricted governmental activity within certain defined fields." DuPont v. DuPont, Sup. 32 Ded. Ch. 413; 85 A 2d 724.

"The State cannot diminish rights of the people." Hurtado v. California, 110 U.S. 516

"Constitutions are not primarily designed to protect majorities, who are usually able to protect themselves, but rather to preserve and protect the rights of individuals and minorities against arbitrary action of those in authority." Houston County v. Martin, 232 A 1 511; 169 So. 13.

"In questions of power, then, let no more be heard of confidence in man, but bind him down from mischief with the chains of the Constitution." Thomas Jefferson.

"Thus it is easy to understand how law, instead of checking injustice, becomes the invincible weapon of injustice. It is easy to understand why the law is used by the legislator to destroy in varying degrees among the rest of the people, their personal independence by slavery, their liberty by oppression, and their property by plunder. This is done for the benefit of the person who makes the law, and in[2]

proportion to the power that he holds." Frederic Bastiat (1801-1850).[3]

"Our Bill of Rights curbs all three branches of government. It subjects all departments of government to a rule of law and sets boundaries beyond which no official may go. It emphasizes that in this country man walks with dignity and without fear, that he need not grovel before an all powerful government." Justice William O. Douglas, U.S. Supreme Court.

3 The Defendants as terms of employment signed an oath to uphold the Constitution. The Federal Real ID act is repugnant to the Constitution and is not authority to violate the Supreme law of the Land.     History is clear that the first ten amendments to the Constitution were adopted to secure certain common law rights of the people, against invasion by the Federal Government. — Bell v. Hood, 71 F. Supp., 813, 816 (1947) U.S.D.C., So. Dist. CA.

4 No one is above the Law. Immunity to break the Law by Proclamation is a dangerous pretense indeed. Those acting in the the name of government are responsible for their actions. You don't break the Law to enforce Unconstitutional Statutes.    Acting under color of [state] law is misuse of power, possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law Thompson v. Zirkle, 2007 U.S. Dist. LEXIS 77654 (N.D. Ind. Oct. 17, 2007)    Any claim of " immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions.

5 Plaintiff doesn't rely on 18 USC 242 for relief I rely on it for definition of Defendants actions to deny me renewal of My Drivers License (Corpus Delicti) unless I comply with their Unlawful actions. It also Relieves me of the burden of reporting felony .18USC4 Misprision of felony. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

Conclusion

Defendants have shown no authority to violate the Fourth Amendment. They used their usurped authority to deny me renewal of my drivers license that I have been renewing since I first got it in 1974. The inconvenience of an expired drivers license is a burden on me and my family. I was there at their office before it expired to renew it. The onus of it's expiration is on them as they were the finial deciders not to follow the principals and essence of the Fourth Amendment .Plaintiff respectfully requests Defendants motion to dismiss to be denied .

Anthony M. Lanzetta
Plaintiff Pro Se

*[signature]*

8/19/13

Copy sent to Defense Att

## FLORIDA
### A SAFER FLORIDA
**HIGHWAY SAFETY AND MOTOR VEHICLES**

## IMPORTANT INFORMATION
### ABOUT YOUR DRIVER LICENSE RENEWAL

Your Florida driver license expires on: 03/17/2013. To renew your license, please visit your local driver license or county tax collector office. YOU MUST BRING AN ORIGINAL OR CERTIFIED TRUE COPY OF THE FOLLOWING DOCUMENTS. NO COPIES.

**For U.S. citizens:**
☐ Your government-issued birth certificate, or valid U.S. passport, or naturalization papers. Birth certificates from Puerto Rico must be issued after 7/1/2010.

**For non U.S. citizens:**
☐ Your valid Department of Homeland Security documents.

**For Everyone:**
☐ Your social security card, or W-2 form, or pay check, or SSA-1099, or non-SSA-1099 showing your complete social security number. No copies accepted. If name changed: Court order or government-issued marriage certificate.
☐ Two documents showing your residential address (bills must be less than 60 days old).

Please visit www.GatherGoGet.com for more document information. You must pass a vision exam and may be required to pass written and road skills tests. If you have a commercial driver license, bring your Department of Transportation medical card, if required.

Please visit flhsmv.gov to schedule an appointment, find a driver license office, a participating county tax collector office, or review license fees. Some tax collectors offer driver license services; but assess an additional $6.25 fee. Contact the driver license office in advance if you need special accommodations because of a physical disability.

Military personnel or out-of-country civilians contact Division of Motorist Services, Neil Kirkman Bldg, MS 92, Tallahassee, FL 32399-0575, or visit our website at www.flhsmv.gov/Military.htm.

HSMV 871070 DCIU50/55/IN0 PRW1 (REV 06/18/2012).

STATE OF FLORIDA
DIVISION OF MOTORIST SERVICES
2900 Apalachee Parkway
Tallahassee, Florida 32399-0575

FIRST CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
TALLAHASSEE,FL
PERMIT 344

ANTHONY MICHAEL LANZETTA
4679 FALLON CIRCLE
PT CHARLOTTE FL 33948-9601

Exhibit A